# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| BASIL WASHINGTON GROSSETT ) | Case No: 3:98CR311-3 |
| a/k/a(s): Tony Brown, Tong Kemp, Scarface ) | USM No: 14998-058 |
| Date of Previous Judgment: November 21, 2000 ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 42   Amended Offense Level: 42
Criminal History Category: VI   Criminal History Category: VI
Previous Guideline Range: 240 to 240 months   Amended Guideline Range: 240 to 240 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction. Pursuant to §2D1.1 Commentary, Application Note No. 10(D)(ii)(I), exceptions to the 2-level Reduction: the 2-level reduction provided in subdivision (I) **shall not apply in a case in which the offense involved 4.5 kg. or more**, or less than 250 mg. **of cocaine base**.............The defendant was held accountable for the equivalency of more than 101,000 kg. of marijuana.(**more than 5 kg. of cocaine base** and more than 1,000 kg. of marijuana).

**III. ADDITIONAL COMMENTS**

**The defendant also received a consecutive sentence in Count Four for a conviction of 18 U.S.C. § 924(c)(1).

Except as provided above, all provisions of the judgment dated November 21, 2000, shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 21, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge